Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | |
|---|---|---|
| 1. Your Name:* Dennis Stewart | 7. Your Phone Number: (619) 987-4250 | |
| 2. Your Email Address: * dstewart@gustafsongluek.com | 8. Full Case Number (if applicable): 3:20-cv-09421-JD | |
| 3. Receipt Number:* 0971-15380472 | 9. Fee Type:* | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Transaction Date:* 12/30/2020 | | |
| 5. Transaction Time:* 9:23 am | | |
| 6. Transaction Amount (Amount to be refunded):* $ 402.00 | | |

**10. Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

A complaint was filed in case number 20-cv09421 on December 30, 2020 (receipt number 0971-15380072). However, we were charged an additional filing fee (receipt number 0971-15380472).

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at:* cand.uscourts.gov/ecf/payments. *For assistance, contact the ECF Help Desk at 1-866-638-7829 or* ecfhelpdesk@cand.uscourts.gov *Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved  ☐ Denied  ☒ Denied – Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: Ana Banares (Digitally signed by Ana Banares Date: 2021.02.17 15:20:02 -08'00') |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): Please state the incorrect receipt number in #3. Please state the correct receipt number in #10 and explain in detail what happened to cause the duplicate charge. | |
| Referred for OSC date (if applicable): | |