Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Dennis Stewart | 7. **Your Phone Number:** | (619) 987-4250 |
| 2. **Your Email Address: *** | dstewart@gustafsongluek.com | 8. **Full Case Number (if applicable):** | 3:20-cv-09421-JD |
| 3. **Receipt Number:*** | 0971-15380072 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 12/30/2020 | | |
| 5. **Transaction Time:*** | 9:23 am | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 402.00 | | |

10. **Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

A complaint was filed in case number 20-cv09421 on December 30, 2020 (correct receipt number 0971-15380472). After completing the civil cover sheet the system froze before I could file the complaint. I had to contact the ECF helpdesk to assist me with the case number to go back in and file the complaint. When we received our credit card invoice this month we noticed the two separate filing fees of $402.00 were charged to the card that was entered. Per the docket, only one document was filed requiring a fee.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov *Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ✓ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | **APPROVED**<br>*By Ana Banares at 6:46 am, Feb 22, 2021* |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded:  26RDELJV | Agency refund tracking ID number: 0971- 15380072 |
| Date refund processed:  3/2/21 | Refund processed by:  JPN |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |